UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


------------------------------x
                              :
CARMEN SANCHEZ                 :        Civ. No. 3:15CV00306 (SALM)
ON BEHALF OF J.J.S.            :
                              :
v.                            :
                              :
CAROLYN W. COLVIN, ACTING      :
COMMISSIONER OF SOCIAL         :
SECURITY                      :        October 26, 2015
                              :
------------------------------x


RULING ON STIPULATION FOR ORDER FOR REMAND

A Stipulation for Order for Remand Under Sentence Four of 42 U.S.C. §405(g) **[Doc. #27]** is **GRANTED and SO ORDERED** pursuant to sentence four of 205(g) of the Social Security Act, 42 U.S.C. §405(g), with the consent of the plaintiff.

Pursuant to the power of this Court to enter judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g), and in light of the parties' joint request to remand this action for further administrative proceedings, the Court hereby reverses the Commissioner's decision and orders a remand of this case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S.

1

89 (1991).

Upon remand, the Appeals Council will remand this case to an administrative law judge. The plaintiff will be given an opportunity for a new hearing and to submit additional evidence in accordance with 20 C.F.R. §405.331 and 405.350. The ALJ will issue a new decision.

The clerk of the Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

This is not a Recommended Ruling. The parties consented to the entry of a final order and judgment by a Magistrate Judge on October 21, 2015. [Doc. #27].

SO ORDERED at New Haven this 26th day of October 2015.


                                    /s/
                                    SARAH A. L. MERRIAM
                                    UNITED STATES MAGISTRATE JUDGE